# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00066-CR

**Shawn Danene Harty, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT
### NO. D-1-DC-13-300338, HONORABLE CLIFFORD A. BROWN, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Shawn Danene Harty filed her notice of appeal January 22, 2015, and her brief was originally due April 6, 2016. Harty's appointed counsel Harley Martin failed to file the brief after receiving multiple extensions of time totaling 113 days, after an abatement for the district court's determination of whether Martin had abandoned this appeal, after being ordered to file appellant's brief no later than November 22, 2016, and after a show cause hearing held February 1, 2017.

The appeal is abated. We remand this cause to the district court with instructions to appoint new counsel for Harty by February 24, 2017. The district court shall order the appropriate supplemental clerk's record to be prepared and filed with this Court no later than March 17, 2017. *See* Tex. R. App. P. 38.8(b)(3).

It is ordered on February 2, 2017.

Before Chief Justice Rose, Justices Field and Bourland

Abated and Remanded

Filed:   February 2, 2017

Do Not Publish